**IN THE UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| BILLY DRIVER, JR., | No. 2:20-CV-1158-KJM-DMC-P |
| Plaintiff, | |
| v. | ORDER |
| US DISTRICT COURT FOR EASTERN DISTRICT OF CALIFORNIA, et al., | |
| Defendants. | |

Plaintiff, a prisoner proceeding pro se, brings this civil rights action pursuant to 42 U.S.C. § 1983.

**I. SUMMARY OF PENDING MOTIONS**

Pending before the Court are the following motions filed by plaintiff:

ECF No. 10  "Application for permission for electronic filing."

ECF No. 13  "Stipulation and order to elect referral of action to Voluntary Dispute Resolution Program. . . ."

ECF No. 14  "Motion application for an order to show cause why the press should not be allowed (and or) required to cover court proceeding(s) in current litigation by plaintiff under the First Amendment. . . ."

/ / /

1

## II. DISCUSSION

### A. Request for Permission for Electronic Filing

Plaintiff has filed a request to be permitted to use the Court's electronic filing system. See ECF No. 10. Under this Court's local rules, pro se parties are not permitted to utilize electronic filing except with permission of the Court. See E. Dist. Cal. Local Rule 133(b)(2). When permission is sought, the moving party must set out "an explanation of reasons for the exception." Local Rule 133(b)(3). Here, plaintiff's motion does not set forth any reasons why he requires access to electronic filing or why paper filing is inadequate. Because plaintiff has failed to make the showing required under the local rules, the motion for permission to utilize the Court's electronic filing system will be denied.

### B. Filing Related to Dispute Resolution

Plaintiff has filed a "stipulation" for referral to the Court's Voluntary Dispute Resolution Program. See ECF No. 13. It appears that plaintiff desires to engage in alternative dispute resolution. Plaintiff's request, however, is premature in that the Court has not yet determined that service of this action is appropriate on any defendants, no defendants have appeared, and no defendants have agreed to participate in alternative dispute resolution. Plaintiff's motion will, therefore, be denied.

### C. Motion Related to the Press

Plaintiff has filed a motion related to press access for coverage of this litigation. See ECF No. 14. Plaintiff states:

> Wherefore, I urgently request that requested press and general new(s) media be allowed to cover current cases in litigation in this court in the interest of justice and a mean(s) of public opinion."

ECF No. 9, pg. 2.

Plaintiff does not specify which news outlets he means by "requested press." In any event, because the press is not precluded from reporting on cases pending in this Court, plaintiff's motion will be denied as unnecessary.

/ / /

/ / /

### III.  CONCLUSION

Accordingly, IT IS HEREBY ORDERED that:

1. Plaintiff's request to utilize the Court's electronic filing system, ECF No. 10, is denied;

2. Plaintiff's motion related to alternative dispute resolution, ECF No. 13, is denied; and

3. Plaintiff's motion related to the press, ECF No. 14, is denied.

Dated:  August 18, 2020

DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE