IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BILLY DRIVER, JR, | No. 2:20-CV-1158-KJM-DMC-P |
| Plaintiff, | |
| v. | <u>ORDER</u> |
| US DISTRICT COURT FOR EASTERN DISTRICT OF CALIFORNIA, et al., | |
| Defendants. | |

Plaintiff, a prisoner proceeding pro se, brings this civil rights action under 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge as provided by Eastern District of California local rules.

On July 24, 2020, the Magistrate Judge filed findings and recommendations, which were served on the parties and which contained notice that the parties may file objections within the time specified therein.  Plaintiff has filed timely objections to the findings and recommendations.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 304, this court has conducted a *de novo* review of this case.  Having reviewed the file, the court finds the findings and recommendations to be supported by the record and by the proper analysis.

/////

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations filed July 24, 2020 (ECF No. 11), are adopted in full;

2. Plaintiff's motion for leave to proceed in forma pauperis (ECF No. 2) is denied; and

3. Plaintiff shall pay the required filing fees in full within 30 days of the date of this order; otherwise, plaintiff's action will be dismissed for failure to comply with Court rules and orders.

DATED: October 15, 2020.

_____
CHIEF UNITED STATES DISTRICT JUDGE