IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BILLY DRIVER, JR., | No. 2:20-CV-1158-KJM-DMC-P |
| Plaintiff, | |
| v. | <u>ORDER</u> |
| U.S. DISTRICT COURT, et al., | |
| Defendants. | |

Plaintiff, a prisoner proceeding pro se, brings this civil rights action under 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge as provided by Eastern District of California local rules.

On December 22, 2020, the Magistrate Judge filed findings and recommendations recommending that this action be dismissed without prejudice for lack of prosecution and failure to comply with court rules and orders. ECF No. 19. The findings and recommendations were served on the Plaintiff, which contained notice that the parties may file objections within the time specified therein. Plaintiff has not filed objections.

The court presumes that any findings of fact are correct. *See Orand v. United States*, 602 F.2d 207, 208 (9th Cir. 1979). The magistrate judge's conclusions of law are reviewed de novo. *See Robbins v. Carey*, 481 F.3d 1143, 1147 (9th Cir. 2007) ("[D]eterminations of law by the magistrate judge are reviewed de novo by both the district court and [the appellate]

1

court . . . ."). Having reviewed the file, the court finds the findings and recommendations to be supported by the record and by the proper analysis.

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations filed December 22, 2020, are adopted in full;

2. This action is dismissed without prejudice; and

3. The Clerk of the Court is directed to enter judgment and close the case file.

DATED: March 15, 2021.

_____
CHIEF UNITED STATES DISTRICT JUDGE